IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CURTIS R. SPIVEY, JR., | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14cv00098 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Michael F. Urbanski |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that the government's motion to dismiss (Docket No. 16) is **DENIED without prejudice** and the United States is **DIRECTED** to file, within thirty days of the entry of this order, a new dispositive motion with detailed information directed to the issue of the timing and impact of the U.S. Parole Commission's detainer.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

Entered: February 6, 2015

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge