IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CURTIS R. SPIVEY, JR., | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14cv00098 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By:   Hon. Michael F. Urbanski |
|     Defendant. | ) |         United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the United States' motion to dismiss is **GRANTED**, the complaint is **DISMISSED**, and the action is **STRICKEN** from the active docket.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to the parties.

    Entered: June 5, 2015

    */s/ Michael F. Urbanski*

    Michael F. Urbanski
    United States District Judge